# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02293-JLK-CBS

SHAWNA LONG,

      Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a Delaware corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT has reviewed the Notice of Dismissal with Prejudice (doc. #2), field December 19, 2006.   It is, therefore

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

Dated:  December 20, 2006

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      U.S. DISTRICT JUDGE